# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD FERNANDEZ, | No. SA CV 13-242-PSG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 27, 2013

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE